UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS EDWARDS,<br><br>         Plaintiff,<br><br>    v.<br><br>NAIR & NASREEM PATEL FAMILY TRUST, et al.,<br><br>         Defendants. | Case No. 13-cv-05440-MEJ<br><br>**ORDER RE: REQUEST FOR JUDICIAL NOTICE**<br><br>Re: Dkt. Nos. 13, 14 |

Before the Court is Plaintiff Mark Thomas Edwards' "Motion for Taking Judicial Notice." Dkt. Nos. 13-14. In his Motion, Plaintiff requests that the Court take judicial notice of a "mysterious check . . . sent on October 28, 2013 and received on November 6, 2013." Dkt. No. 14, ¶ 3. However, the law on judicial notice only allows courts to judicially notice a fact that "is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. The accuracy of the mysterious check is at best questionable given that Plaintiff does not know who sent the check. Further, Plaintiff states that he left "his residence to comply with the court order." *Id.*, ¶ 7. He requests "the date of the court issuing [that] order" to be judicially noticed. *Id.* ¶ 3. This Court never issued such an order. Moreover, Plaintiff did not specify any other court or court order that compelled him to leave his residence. Therefore, Plaintiff's request for judicial notice is **DENIED.**

   **IT IS SO ORDERED.**

Dated: January 13, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge