UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK THOMAS EDWARDS,

    Plaintiff,

  v.

NAIR & NASREEM PATEL FAMILY TRUST, et al.,

    Defendants.

Case No. 13-cv-05440-MEJ

**ORDER TO SHOW CAUSE**

On December 4, 2013, the Court granted Plaintiff's in forma pauperis application. Dkt. No. 10. Since that time, the Clerk of Court has issued two notices requesting that Plaintiff provide Defendants' addresses for proper service. Dkt. Nos. 11, 15. As Plaintiff failed to respond to the Clerk's requests, the Court ordered him to provide Defendants' addresses for proper service by January 28, 2014. Dkt. No. 20. The Court advised Plaintiff that it may dismiss this case for failure to prosecute if he did not provide Defendants' addresses by January 28. Plaintiff has again failed to respond.

Based on this procedural history, the Court hereby ORDERS Plaintiff Mark Thomas Edwards to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 13, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 27, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court shall dismiss the case if he fails to respond by February 13, 2014.

**IT IS SO ORDERED.**

Dated: January 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge